Appellate # 02-14-00142-CR  PD-0042-15  Page 1 of 3

Leticia McWilliams

ATTn: Please Review For Discretionary Review
• Court Of Criminal Appeals
Cynthia LittleJohn and Angeli Sims

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 09 2015
Abel Acosta

In violation of the Due Process Clause of The Fourteenth
Amendment - Incarceration of an innocent person

FILED IN
COURT OF CRIMINAL APPEALS
APR 09 2015
Abel Acosta, Clerk

Please Review

I have reported the crimes and continue to report the crimes
being committed against me:
    • Texas Victim Services - On October 15, 2012, I
reported to Blanca C. (campuzano?) with Texas Victim
Services. That probation was forgering judges and
probationers signature.

    • Appeal - On April 08, 2014, I dated and mailed my
appeal. I reported the crimes in my appeal request. Appeal
filed in court on April 09, 2014. Appeal paperwork (request)
was enclosed in an envelope addressed to Judge Robb
Catalano, Court Clerk and District Attorney. (copy of
envelope enclosed). Per the envelope, the appeal was
received by Criminal District Court Three (CDC3)(Judge
Robb Catalano) on April 11, 2014. Filed by the District Clerk
on April 14, 2014. Appeal attorney William H "Bill" Ray
filed the brief in my case on July 24, 2014. Appeal was
denied on December 18, 2014. Enclosed is a letter dated
July 09, 2014 from my appeal attorney William H "Bill"
Ray. The letter states, "I will not present matters outside
the record, such as your claim that the petition was

Leticia McWilliams

somehow fraudulent." Proving I am reporting these crimes.

• State Habeas Corpus #WR-82,187-01- On September 24, 2014 my state habeas corpus was filed. I reported the crimes when I submitted the state habeas corpus. I included evidence that the signatures for judge Robb Catalano do not belong to judge Robb Catalano. The state habeas corpus was denied on October 15, 2014.

• Discretionary Review- On January 07, 2015, my appeal attorney William H "Bill" Ray filed for discretionary review with the Court Of Criminal appeals. I have reported the crimes and submitted evidence proving the crimes for discretionary review. Discretionary Review still in process. I remain incarcerated as of January 31, 2014.

On October 17, 2012, Judge Robb Catalano in a court of law with Dr. Leighton Iles, Director of Probation present. Stated, that the Judge's signature on the two documents (enclosed), (1) Supplement/Amendment To Conditions Of Community Supervision and (2) Motion To Dismiss Petition To Revoke Probation or Petition To Proceed To Adjudication, both documents filed and dated October 13, 2011. Belongs to he/himself (Judge Robb Catalano). This means the judge's signature on the following documents listed below. Does not belong to Judge Robb Catalano. Making the documents fraudulent, not legal and not valid.

• Supplement/Amendment To Conditions Of Community Supervision Mentally Impaired Offenders- File date January 19, 2011

Leticia McWilliams
• Petition To Revoke Probated Sentence - Filed and dated July 22, 2011
• State's Second Petition To Revoke Probated Sentence - Filed and dated February 04, 2014
• Judgment Revoking Community Supervision - Signed and entered on April 10, 2014

This is also in violation of:
The Texas Constitution Article 1. Bill Of Rights:
- Section 30 Rights Of Crime Victims
(a) A crime victim has the following rights:
(1) the right to be treated with fairness and with respect for the victim's dignity and privacy throughout the criminal justice process; and
(2) the right to be reasonably protected from the accused throughout the criminal justice process.

Also in violation of:
The United States Bill Of Rights:
- The Sixth Amendment - Right To A Fair Trial

CID # 0718569
Appellate # 02-14-00142-CR

Leticia McWilliams

04-06-2015

Leticia McWilliams

Attn: Please Review For Discretionary Review
• Court Of Criminal Appeals
Cynthia LittleJohn and Angeli Sims

Regarding Probation Violations - Please review in its entirety

Documents that were submitted for the state habeas corpus
# WR-82,187-01
Probation stipulations filed and dated January 19, 2010
Petition To Revoke Probated Sentence filed and dated
July 22, 2011
   • Violation 1 Ignition Interlock Device:
SCRAM- The SCRAM (recovery healthcare) device proved the
interlock violation readings were false. I continued to
receive the interlock violations while the SCRAM was in
place. However, I never received not one SCRAM violation.
Camera Unit- The Ignition Interlock Device with the
camera unit (smart start) was installed in June of 2011.
Proved the interlock violation readings were false. Proved
I was the only person operating the Ignition interlock
device. Despite the back to back pass then fail readings
and fail then pass readings. I was the only person
operating the ignition interlock device.
   • Violation 2 Alcohol:
Per my probation stipulations filed and dated January 19, 2010.
The Court never ordered me to not consume alcohol. However,
alcohol nor drugs has ever been found in my system. I
have never failed not one urinalysis, saliva, cotton swab

Leticia McWilliams

or hair follicle test.


State's Second Petition To Revoke Probated Sentence.

• Violations 1 and 3 Swift Court Conditions:

In-Home monitoring device - I was homeless and did not have a home to install any type of in-home device. My actions were not willful and intentional.

Urine Specimen - I showed up and turned in my slip to submit my urinalysis. I was never called to submit my urinalysis prior to the time my mother and only means of transportation had to leave. My actions were not willful and intentional.

• Violations 2, 4 and 5 - Failure To Pay, Urine Testing and Electronic Monitor:

No Income - I had no source of income to be able to make any payments. My actions were not willful and intentional.

• Violation 6 Work Faithfully:

My mental and physical health condition prevented me from completing community service and maintaining employment (working) My medical records and psychiatric records are on file with probation. On April 15, 2013, I had Compression Of The Spinal Cord Surgery. I had 4 herniated disk in my neck. I had severe nerve damage and was almost paralyzed. I did not make a full recovery. My neck is still not fused all the way together. Per my CT results I received from JPS on September 16, 2014, here in Tarrant County Jail and need to see a back specialist.      Leticia McWilliams      04-06-2015